**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6478

LENNELL DYCHES,

            Plaintiff - Appellant,

      v.

KAREN MARTIN,

            Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Solomon Blatt, Jr., Senior District
Judge.   (1:12-cv-02838-SB)

Submitted:  July 24, 2014              Decided:  July 28, 2014

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lennell Dyches, Appellant Pro Se.   Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lennell Dyches appeals the district court's order adopting the magistrate judge's recommendation to grant the Defendant's motion to dismiss or, in the alternative, for summary judgment, on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. <u>Dyches v. Martin</u>, No. 1:12-cv-02838-SB (D.S.C. March 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>